[No. 453-3.    Division Three.    July 13, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. MIKE ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 16155, Lloyd L. Wiehl, J., entered July 14, 1971. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 695-2.    Division Two.    July 16, 1973.]

ROSEMARY HANSEN UDHUS, *Respondent,* v. THEODORE G. UDHUS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D-8192, Keith M. Callow, J., entered December 20, 1971. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Armstrong, JJ.

[No. 1940-1.    Division One.    July 16, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY KRAUSS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 7953, Byron L. Swedberg, J., entered August 31, 1972. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson, C.J., and Williams, J.

[No. 1411-1.    Division One.    July 16, 1973.]

CLARENCE J. ROBINSON, *as Guardian, Appellant,* v. MOUNT RAINIER COUNCIL—BOY SCOUTS OF AMERICA *et al., Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 202788, Bertil E. Johnson, J., entered December 6, 1971. *Reversed* by unpublished per curiam opinion.